JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile:  (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Relator CHRIS MCGOWAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,<br><br>　　　Defendant. | Case No.: CV-09-5984 (MEJ)<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Relator Chris McGowan substitutes Jeffrey E. Faucette, State Bar No. 193066 as counsel of record in place of Niall P. McCarthy and Justin T. Berger.

Contact information for new counsel is as follows:

Firm Name: SKAGGS FAUCETTE LLP

Address: One Embarcadero Center, Suite 500, San Francisco, California 94111

Telephone: (415) 315-1669  Facsimile: (415) 433-5994

E-mail: jeff@skaggsfaucette.com

I consent to the above substitution.

Date: 4/5/12

Chris McGowan

I consent to being substituted.

Date: 4/5/12

Niall P. McCarthy

Date: 4/5/12

Justin T. Berger

I consent to the above substitution.

Date: April 5, 2012

Jeffrey E. Faucette

The substitution of attorney is hereby approved and so ORDERED.

Date: April 12, 2012

Maria-Elena James
United States Magistrate Judge