IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CHRIS McGOWAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation<br><br>Defendant._____/ | CASE NO. CV-09-5984 (MEJ)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jason M. Hans , whose business address and telephone number is

1201 Walnut, 20th Floor
Kansas City, Missouri 64106
816-471-7700

and who is an active member in good standing of the bar of Missouri and Kansas

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Chris McGowan

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  April 13, 2012



Judge Maria-Elena James