IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel.
CHRIS McGOWAN, an individual

Plaintiff,

v.

KAISER FOUNDATION HEALTH
PLAN, INC., a California Corporation

Defendant.

CASE NO. 09-CV-05984 (MEJ)

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Justin P. Murphy, whose business address and telephone number is
1001 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 624-2500

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Kaiser Foundation Health Plan, Inc

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 8, 2012

_____
Maria-Elena James
United States Magistrate Judge