WILLIAM D. BEIL (admitted *pro hac vice*)
JASON M. HANS (admitted *pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, Missouri 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
E-mail: billb@rhgm.com
E-mail: jasonh@rhgm.com

JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Relator CHRIS MCGOWAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,<br><br>　　　　Defendant. | Case No.: CV-09-5984 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, this case is currently set for an initial Case Management Conference on June
2  8, 2012; and
3  WHEREAS, Defendant Kaiser Foundation Health Plan's response to the First Amended
4  Complaint is not due to be filed until June 28, 2012.
5  The Parties believe that continuing the Case Management Conference to a later date will
6  promote judicial economy.
7  IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for
8  Relator Chris McGowan and Defendant Kaiser Foundation Health Plan, Inc. that the initial Case
9  Management Conference, currently set for June 8, 2012 at 1:30 p.m., be reset to July 27, 2012 at
10 1:30 p.m. or as soon thereafter as the Court's calendar permits.

12 Dated: May 29, 2012

WILLIAM D. BEIL
JASON M. HANS
ROUSE HENDRICKS GERMAN MAY PC

JEFFREY E. FAUCETTE
SKAGGS FAUCETTE LLP


By: _____/s/_____
        Jeffrey E. Faucette
Attorneys for Relator CHRIS McGOWAN


20 Dated: May 29, 2012

DAVID W. O'BRIEN
JUSTIN P. MURPHY
NIMROD HAIM AVIAD
CROWELL & MORING LLP


By: _____/s/_____
        David O'Brien
Attorneys for Defendant KAISER FOUNDATION
HEALTH PLAN, INC.

---

2
STIP. AND [PROPOSED] ORDER RESETTING CMC:                         CASE NO. CV-09-5984 (JSW)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 30_____, 2012

_____
Hon. Jeffrey S. White
United States District Judge