WILLIAM D. BEIL (admitted *pro hac vice*)
JASON M. HANS (admitted *pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, Missouri 64106
Telephone: (816) 471-7700
Facsimile:  (816) 471-2221
E-mail: billb@rhgm.com
E-mail: jasonh@rhgm.com

JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile:  (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Relator CHRIS MCGOWAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,<br><br>        Defendant. | Case No.: CV-09-5984 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, the initial case management conference in this matter is currently set for October 26, 2012 at 1:30 p.m.;

WHEREAS, Defendant Kaiser Foundation Health Plan, Inc. ("Kaiser") has filed a motion to dismiss the Second Amended Complaint and that motion is set for hearing on December 7, 2012 at 9:00 a.m.;

1   WHEREAS, Relator Chris McGowan's opposition to the motion to dismiss is currently
2   due to be filed on September 24, 2012 and Kaiser's reply brief is currently due to be filed on
3   October 1, 2012; and

4   WHEREAS, Relator needs additional time to prepare opposition and reply briefs due to the
5   press of other business of Relator's counsel, the parties believe that the case management
6   conference should be continued to the same date as the hearing on the motion to dismiss, and the
7   parties have agreed not to conduct any discovery until after the Court rules on the motion to
8   dismiss unless the Court orders otherwise or the scheduling order entered by the Court sets
9   discovery deadlines which would, actually or as a practical matter, require the parties to conduct
10  prior to the Court's ruling on the motion to dismiss.

11  IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for
12  McGowan and Kaiser as follows:

13  1.  McGowan's opposition to the motion to dismiss shall be filed on or before October
14      3, 2012.
15  2.  Kaiser's reply in support of the opposition shall be filed on or before October 19,
16      2012.
17  3.  The initial case management conference, currently set for October 26, 2012 at 1:30
18      p.m., shall be reset to ~~December 7, 2012 at 1:30 p.m. or as soon thereafter as the~~
19      ~~Court's calendar permits.~~  January 18, 2012 at 1:30 p.m.

2
STIP. AND [~~PROPOSED~~] ORDER RE BRIEFING AND CMC:              CASE NO. CV-09-5984 (JSW)

Dated: September 11, 2012       WILLIAM D. BEIL
                                JASON M. HANS
                                ROUSE HENDRICKS GERMAN MAY PC

                                JEFFREY E. FAUCETTE
                                SKAGGS FAUCETTE LLP


                                By:  _____/s/_____
                                        Jason M. Hans
                                Attorneys for Relator CHRIS McGOWAN


Dated: September 11, 2012       DAVID W. O'BRIEN
                                JUSTIN P. MURPHY
                                NIMROD HAIM AVIAD
                                CROWELL & MORING LLP


                                By:  _____/s/_____
                                        David O'Brien
                                Attorneys for Defendant KAISER FOUNDATION
                                HEALTH PLAN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED ABOVE.

Dated: September 28, 2012

                                _____
                                Hon. Jeffrey S. White
                                United States District Judge

---

STIP. AND [~~PROPOSED~~] ORDER RE BRIEFING AND CMC:        CASE NO. CV-09-5984 (JSW)

3