IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel. CHRIS McGOWAN, an individual,

    Plaintiff,

  v.

KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,

    Defendant.

No. C 09-05984 JSW

**ORDER STRIKING OVERSIZED BRIEF**

On October 3, 2012, Relator Chris McGowan filed an opposition to the pending motion to dismiss which exceeds this Court's page limits. *See* Standing Order ¶ 6. Relator did not seek leave of court before filing an oversized brief. The Court HEREBY STRIKES the opposition for failure to comply with the Court's page limits. Relator shall refile his opposition brief by no later than October 9, 2012, and it shall not exceed 15 pages. Defendant's reply brief, if any, shall be filed by no later than October 24, 2012.

**IT IS SO ORDERED.**

Dated: October 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE