IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>    Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS RELATOR'S SECOND AMENDED COMPLAINT** |

Now before the Court for consideration is the Motion to Dismiss Relator's Second Amended Complaint, filed by Defendant Kaiser Foundation Health Plan ("Kaiser"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for December 7, 2012, and it takes the motion under submission. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: December 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE