IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER RE LETTER BRIEF RE SCHEDULING**<br><br>**(Document No. 101)** |

On December 24, 2013, the parties submitted a joint letter brief setting forth a dispute about the meaning of this Court's Order requiring them to submit a joint brief regarding scheduling disputes once Magistrate Judge Cousins resolved the discovery disputes that were referred to him.

With the exception of discovery related disputes, the Court does not accept letter briefs, and the Court does not construe the issues raised by the parties' most recent letter brief to be discovery related. However, in the interests of resolving this matter in an expeditious fashion, the Court shall resolve the dispute set forth therein.

The Court ORDERS the parties to meet and confer regarding a revised proposed schedule and to submit that schedule by no later than January 13, 2014, whether or not Defendant chooses to file objections to Magistrate Judge Cousins' Orders. Further, the Court refers the parties to this Court's Guidelines for Civil Jury Trials, which sets forth the Court's requirements for pretrial filings and deadlines associated with those filings when they are

1  discussing their reviewed schedule.  The Court, in particular, refers to the parties to its

2  requirements regarding the deadlines by which motions in limine must be filed.

3  **IT IS SO ORDERED.**

4  Dated: January 6, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2