IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>　　　　Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER RE SCHEDULING** |

　　　The Court has considered the parties' joint proposal regarding scheduling and the Court HEREBY ORDERS that the parties shall abide by the following schedule, which takes into account the Court's move to the Oakland Courthouse and dates on which the Court is unavialable.

　　　1.　　Close of non-expert discovery: February 7, 2014

　　　2.　　Close of expert discovery: April 11, 2014.  Relator's rebuttal expert report shall be due on March 21, 2014.  If, after Relator receives Defendant's expert disclosure he requires additional time to submit his rebuttal expert report, he may file an administrative motion setting forth the basis for such a request.

　　　3.　　Last day to hear dispositive motions: April 25, 2014 at 9:00 a.m. in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.  The Court reserves the right to continue the hearing in the event either party seeks an extension of time to file opposition or reply briefs.

4. Pretrial Conference: Monday, July 7, 2014 at 2:00 p.m., in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.

5. Jury Selection: Wednesday, July 30, 2014 at 8:00 a.m., in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.

6. Jury Trial: Monday, August 4, 2014 at 8:00 a.m., in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California.

Finally, the Court reserves the right to send the parties to a further settlement conference before a Magistrate Judge prior to the trial date.

**IT IS SO ORDERED.**

Dated: January 14, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE