WILLIAM D. BEIL (admitted *pro hac vice*) DAVID W. O'BRIEN (admitted *pro hac vice*)
JASON M. HANS (admitted *pro hac vice*) JUSTIN P. MURPHY (admitted *pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC BARBARA H. RYLAND (admitted *pro hac vice*)
1201 Walnut, 20th Floor                          CROWELL & MORING LLP
Kansas City, Missouri 64106                 1001 Pennsylvania Avenue, N.W.
Telephone:     (816) 471-7700            Washington, DC 20004
Facsimile:       (816) 471-2221            Telephone: (202) 624-2500
E-mail: billb@rhgm.com                       Facsimile: (202) 628-5116
E-mail: jasonh@rhgm.com                   Email: dobrien@crowell.com
                                                                  justin.murphy@crowell.com
JEFFREY E. FAUCETTE (No. 193066)      bryland@crowell.com
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500     NIMROD HAIM AVIAD (No. 259705)
San Francisco, California 94111            CROWELL & MORING LLP
Telephone:     (415) 315-1669             515 South Flower Street, 40th Floor
Facsimile:       (415) 433-5994             Los Angeles, CA 90071
E-mail: jeff@skaggsfaucette.com          Telephone: (213)622-4750
                                                                Facsimile: (213)622-2690
Attorneys for Relator CHRIS McGOWAN  Email:naviad@crowell.com

                                                                Attorneys for Defendant KAISER
                                                                FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,<br><br>Defendants. | Case No.: CV-09-5984 (JSW)<br><br>[~~PROPOSED~~] ORDER AMENDING DEADLINES<br><br>AS MODIFIED |

The parties jointly seek an order amending various deadlines. Specifically, the parties request that the deadlines for filings related to Defendant's summary judgment motion and for Plaintiff to serve rebuttal expert reports be extended. At the same time, the Parties have agreed not to change the last date for Kaiser's summary judgment motion to be heard. However, to

- 1 -

[~~PROPOSED~~] ORDER AMENDING DEADLINES    CASE NO. CV-09-5984 (JSW)

allow two weeks between the filing of the reply brief and the date of the hearing, the Parties have agreed that Defendant will file its reply brief on shortened time. Specifically, the parties have jointly request the following deadlines:

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Filing of Defendant's Summary Judgment Motion | March 21, 2014 | March 24, 2014 |
| Plaintiff Serve Rebuttal Expert Reports | March 21, 2014 | March 26, 2014 |
| Plaintiff's Response to Defendant's Summary Judgment Motion | April 4, 2014 | April 7, 2014 |
| Defendant's Reply in Support of Its Summary Judgment Motion | April 11, 2014 | April 11, 2014 (NO CHANGE) |
| Summary Judgment Hearing | April 25, 2014 | April 25, 2014 (NO CHANGE) |

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Lehman Brothers Holdings, Inc. v. CMG Mortgage, Inc.,* No. CV 10-0402 (NJV), 2011 WL 203675, *1 (N.D. Cal. Jan. 21, 2011) (quoting *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002)). "Rule 16(b)(4) provides that a court may modify or extend a discovery deadline upon a showing of good cause." *Tyco Thermal Controls LLC v. Redwood Industrials,* No. C. 06-07164 JF (PVT), 2010 WL 1526471, *4 (N.D. Cal. April 15, 2010) (citing Fed. R. Civ. P. 16(b)(4)). The fact that no other deadlines, including the trial date, will be affected constitutes a basis for finding good cause. *Lehman Brothers,* 2011 WL 203675 at *1.

Having reviewed the parties' joint motion, the Court finds that good cause exists to allow

- 2 -
[PROPOSED] ORDER AMENDING DEADLINES     CASE NO. CV-09-5984 (JSW)

the requested amendments. Accordingly, the deadlines for the following actions are set as follows:

    (1) The deadline for Defendant to file its summary judgment motion is March 24, 2014.

    (2) The deadline for Plaintiff to serve rebuttal expert reports is March 26, 2014.

    (3) The deadline for Plaintiff's response to Defendant's summary judgment motion is April 7, 2014.

    (4) The deadline for Defendant's reply in support of its summary judgment motion is April 11, 2014.

    (5) The summary judgment hearing remains set for April 25, 2014.

All other deadlines and dates, including the dates for pretrial conference, jury selection, and trial remain unchanged. If the parties are able to resolve this dispute at the mediation to be held on April 21, 2014, or seek additional time to resolve the matter before the hearing on the motion for summary judgment, they shall file a notice with the Court by 10:00 a.m. on Thursday, April 24, 2014.

**IT IS SO ORDERED.**

Dated: March 24 , 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 3 -

[PROPOSED] ORDER AMENDING DEADLINES    CASE NO. CV-09-5984 (JSW)