IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel*
CHRIS McGOWAN,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN,

    Defendant.

_____/

No. C 09-05984 JSW

**ORDER GRANTING RELATOR'S MOTION FOR LEAVE TO FILE RESPONSE TO UNITED STATES' STATEMENT OF INTEREST**

The Court has received and considered the Relator's motion for leave to file a response to the United States' Statement of Interest (Docket No. 142-3). That motion is granted, and the motion shall be deemed filed as of May 30, 2014. The administrative motion for leave to file documents under seal (Docket No. 142) is not yet ripe and remains pending.

The parties are HEREBY ADVISED that if they are filing additional motions with an administrative motion to seal, those motions should be filed as separate docket entries, not as attachments to the motion to seal.

**IT IS SO ORDERED.**

Dated: June 2, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE