UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual, | Case No: CV-09-5984 JSW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING ADDITIONAL TIME TO RESPOND TO ORDER TO SHOW CAUSE RE DOCUMENTS PREVIOUSLY FILED UNDER SEAL** |
| KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, | |
| Defendant. | |

CASE NO. CV-09-5984 JSW

Having considered Kaiser Foundation Health Plan, Inc.'s ("Kaiser") Unopposed Motion, pursuant to Civil Local Rule 6-3, for Additional Time to Respond to the Court's Order to Show Cause regarding documents previously filed under seal, and good cause appearing,

**IT IS HEREBY ORDERED** that Kaiser's Motion for additional time is **GRANTED**.

Kaiser shall have until June 27, 2014 to file its response to the Court's Order to Show Cause.

Dated: June 23 , 2014

_____
Hon. Jeffrey S. White
United States District Judge

- 1 -                                      CASE NO. CV-09-5984 JSW

[PROPOSED] ORDER GRANTING KAISER'S MOTION FOR ADDITIONAL TIME TO RESPOND TO ORDER TO SHOW CAUSE