**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel*
CHRIS McGOWAN,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN,

    Defendant.

No. C 09-05984 JSW

**ORDER REGARDING ADMINISTRATIVE MOTION TO CONTINUE SETTLEMENT CONFERENCE AND MODIFYING BRIEFING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On September 29, 2014, Defendant, Kaiser Foundation Health Plan ("Kaiser") filed an administrative motion to continue the deadline by which the parties must participate in a settlement conference. (Docket No. 184.) That request is premised on the fact that, on September 26, 2014, the United States filed a motion to dismiss, which Kaiser contends is likely to resolve this matter. Relator has not opposed the motion to continue, in light of Kaiser's position that it will not settle this matter so long as the motion to dismiss is pending.

On May 23, 2014, after the parties had submitted their briefs on Kaiser's motion for summary judgment, the United States filed a Statement of Interest, in which it set forth its position on the merits of Relator's case. The Court gave Relator the opportunity to respond to that statement before the hearing on Kaiser's motion. In addition, the United States appeared at the hearing on Kaiser's motion and responded to certain of the Court's questions, including a question about whether, in light of the fact that the United States has weighed in on its view of the case, further settlement efforts would be warranted before the Court rules on the motion.

Based on the parties' responses, the Court referred the parties to a settlement conference. Although the Court did not explicitly include the United States in its Order of Referral, it intended and expected that the United States, which is the real party in interest, would attend and participate in that conference so that all parties could consider its position.

The fact that the United States chose to file a motion to dismiss shortly before the scheduled settlement conference does not alter the Court's view that the interests of judicial efficiency and the best use of the parties' and the Court's resources would be for all interested parties to participate in a settlement conference before the Court resolves *any* of the pending motions, including the motion to dismiss.

Accordingly, the Court DENIES Kaiser's motion to continue the settlement conference until after the Court has resolved the United States' motion to dismiss. Moreover, the Court makes explicit its original intent, and it ORDERS the United States to appear and participate in that settlement conference. The Court expects that Relator, Kaiser and the United States will come to the settlement conference with open minds and will participate in those proceedings in good faith. If, however, they are unable to reach a settlement, the Court will resolve the pending motions and, if appropriate, reschedule the pretrial conference and trial date.

**The settlement conference scheduled for October 7, 2014, shall go forward pending a further Order from Magistrate Judge Beeler.** If for some reason that date is no longer workable, the Court will extend the deadline to complete the settlement conference to November 21, 2014.

//
//
//
//
//
//
//

2

It is FURTHER ORDERED that the briefing schedule on the motion to dismiss is MODIFIED as follows: Relator's opposition shall be due on October 17, 2014, and the United States' reply shall be due on October 24, 2014.  In the event the settlement conference does not go forward on October 7, 2014, the United States and Relator shall meet and confer and submit a proposed briefing schedule to the Court and, if appropriate, a continuance of the hearing date.

**IT IS SO ORDERED.**

Dated: October 1, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Laurel Beeler
Lashanda Scott
Magistrate Referral Clerk