IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>      Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>      Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER VACATING HEARING ON UNITED STATES' MOTION TO DISMISS** |

This matter is scheduled for a hearing on December 5, 2014, on the United States' motion to dismiss. Although the parties agreed to vacate the briefing deadlines in light of a settlement in principle, they did not ask the Court to vacate the hearing date. In light of the parties' settlement, the Court VACATES the hearing scheduled for December 5, 2014. If the parties have failed to file a notice of dismissal by December 8, 2014, the Court shall schedule this matter for a status conference.

**IT IS SO ORDERED.**

Dated: December 1, 2014

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE