WILLIAM D. BEIL (admitted *pro hac vice*)
JASON M. HANS (admitted *pro hac vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, Missouri 64106
Telephone: (816) 471-7700
Facsimile:  (816) 471-2221
E-mail: billb@rhgm.com
E-mail: jasonh@rhgm.com

JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile:  (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Relator CHRIS MCGOWAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS McGOWAN, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation,<br><br>　　　　Defendant. | Case No.: CV-09-5984 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RE UNSEALING OF SUBSTANTIAL PORTIONS OF SUMMARY JUDGMENT RECORD IN ACCORDANCE WITH SETTLEMENT AGREEMENT BETWEEN THE PARTIES** |

WHEREAS, on June 9, 2014, the Court ordered Defendant to show cause under the "compelling reasons" standard why the Court should not lift the seal on those portions of the briefing and evidentiary submissions that were filed under seal in connection with Kaiser's motion for summary judgment ("Show Cause Order")  (Doc. #146);

1    WHEREAS, on June 27, 2014, Defendant moved to maintain the seal on all documents
2 and portions of documents listed in Exhibit A to its Brief in Support of Previously Filed
3 Administrative Motions to File Under Seal (Doc. #162);
4    WHEREAS, on July 8, 2014, Relator opposed Kaiser's motion to maintain the seal on all
5 documents listed in Exhibit A (Doc. #168);
6    WHEREAS, the parties also disagreed about the portions of the summary judgment oral
7 argument transcript that should be sealed;
8    WHEREAS, on July 31, 2014, the Court ordered the parties to meet and confer in an effort
9 to resolve their disagreement over the documents that should remain under seal, and, if they were
10 unable to resolve their disagreement, to submit a chart by September 30, 2014, showing both the
11 documents that the parties agreed should remain sealed and the documents about which they
12 disagreed over the need for sealing;
13    WHEREAS, on September 30, 2014, the Parties filed their Joint Submission in Response
14 to the Court's Order Directing the Parties to Meet and Confer Regarding Order to Show Cause on
15 Sealing (ECF 180) (Doc. # 188) which included as "Exhibit A" ( "ECF 180 Exhibit A") a chart
16 setting forth the following:
17    (1)  Section 1:  Documents, or portions thereof, and exhibits, or portions thereof, for which
18 the parties agree there are compelling reasons to remain under seal;
19    (2) Section 2:  Documents, or portions thereof, and exhibits, or portions thereof, that the
20 parties agree should be unsealed; and
21    (3) Section 3:  Parties' remaining disputes;
22    WHEREAS, on October 7, 2014, the parties settled this case, including their dispute over
23 the documents that should remain under seal, at a settlement conference conducted by United
24 States Magistrate Judge Laurel Beeler (Doc. # 193); and agreed to file a Joint Stipulation that the
25 parties request be incorporated into an Order of this Court directing that the  seal remain in place
26 for the documents that the parties agreed for compelling reasons should be sealed, and directing
27 that all other documents or portions of documents be unsealed.
28

IT IS STIPULATED AND AGREED between Mr. McGowan and Kaiser that all documents identified in Section 2 of ECF 180 Exhibit A (Doc. # 188) will be unsealed;

IT IS STIPULATED AND AGREED between Mr. McGowan and Kaiser that all documents identified in Section 3 of ECF 180 Exhibit A will be unsealed, with the exception of a small number of documents or the portions thereof that contain non-public numbers, values, percentages, and/or other figures which the parties agree should remain under seal for compelling reasons. Those documents, exhibits, transcripts, or portions thereof which the parties agree should remain under seal for compelling reasons are those specifically identified in Column 3 of Section 3 of ECF 180 Exhibit A, plus a few others as reflected in correspondence and as agreed to by the parties. All other documents, exhibits, transcripts or portions thereof, identified in Section 3 of ECF 180 Exhibit A referred to above shall be unsealed;

IT IS FURTHER STIPULATED AND AGREED between Mr. McGowan and Kaiser that the documents, or portions thereof, exhibits, or portions thereof, and hearing transcript, or portions thereof identified in Section 1 of ECF 180 Exhibit A shall remain under seal; and

IT IS FURTHER STIPULATED AND AGREED between Mr. McGowan and Kaiser that any other documents, or portions thereof, exhibits, or portions thereof, and hearing transcript, or portions thereof relating to the summary judgment filings and/or response to the Court's Show Cause Order (ECF 146) that were originally filed under seal and which are not mentioned in Exhibit A, shall be unsealed.

Upon the Court's entry of an Order consistent with this Joint Stipulation, the parties shall promptly re-file the summary judgment briefs and exhibits with only those parts of the briefs and exhibits under seal as specified in the Order which the parties agree are properly sealed because there are "compelling reasons" to do so.

| | | |
|---|---|---|
| Dated: December 7, 2014 | | WILLIAM D. BEIL<br>JASON M. HANS<br>ROUSE HENDRICKS GERMAN MAY PC<br><br>JEFFREY E. FAUCETTE<br>SKAGGS FAUCETTE LLP |

By: _____/s/_____
William D. Beil

Attorneys for Relator CHRIS McGOWAN

Dated: December 7, 2014                DAVID W. O'BRIEN
                                        JUSTIN P. MURPHY
                                        NIMROD HAIM AVIAD
                                        CROWELL & MORING LLP

By: _____/s/_____
David O'Brien

Attorneys for Defendant KAISER FOUNDATION HEALTH PLAN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014

                                        _____
                                        Hon. Jeffrey S. White
                                        United States District Judge

---

4

Stipulation and Proposed Order re Sealing of Summary Judgment Materials:   Case No. CV-09-5984 (JSW)