IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>    Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

Pursuant to the Court's Order dated December 1, 2014, the Court HEREBY ORDERS the parties and the United States to appear for a status conference on Friday, January 6, 2015 at 11:00 a.m. If a dismissal is filed before that date, the Court shall vacate the status conference. without further Order.

**IT IS SO ORDERED.**

Dated: December 10, 2014

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE