IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　/ | No. C 09-05984 JSW<br><br>**AMENDED ORDER SETTING STATUS CONFERENCE** |

Pursuant to the Court's Order dated December 1, 2014, the Court HEREBY ORDERS the parties and the United States to appear for a status conference on Friday, January 9, 2015 at 11:00 a.m. If a dismissal is filed before that date, the Court shall vacate the status conference. without further Order.

**IT IS SO ORDERED.**

Dated: December 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE