IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 09-05984 JSW<br><br>**ORDER RE ADMINISTRATIVE MOTION TO SEAL - DOCKET NO. 187 AND ORDER RE TRANSCRIPT OF HEARING** |

　　　　On December 8, 2014, the Court granted the parties' stipulation regarding documents previously filed under seal. The parties refer to "Exhibit A" to docket no. 180 and 188 throughout that stipulation. Docket No. 180, however, is the Court's Order to Show Cause regarding sealing, and Docket No. 188, Exhibit A appears to refer to the exhibit found at Docket No. 187-3, which was attached to an administrative motion to seal. It is not clear from the parties' stipulation whether Docket No. 187-3 may be unsealed. Accordingly, the parties shall submit a joint statement as to whether the Court should grant or deny the administrative motion to seal found at Docket No. 187 by no later than December 23, 2014.

　　　　In addition, if there are any portions of the hearing transcript on the motion for summary judgment that should remain under seal, the parties shall file a notice with the Court identifying page and line citations, so that the transcript and a redacted version thereof may be filed.

　　　　**IT IS SO ORDERED.**

Dated: December 17, 2014



　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE