IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* CHRIS McGOWAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br><br>　　　　Defendant.<br>_____/ | No. C 09-05984 JSW<br><br>**ORDER GRANTING DOCKET NO. 187, TERMINATING DOCKET NOS. 119, 182 AS MOOT AND DIRECTING CLERK TO CLOSE FILE** |

　　　Pursuant to the parties' joint statement, the Court grants the administrative motion to file Exhibit A to Docket No. 187 under seal. That document shall remain under seal.

　　　In light of the stipulation of dismissal, and the United States' consent to that dismissal, the Court TERMINATES AS MOOT, Defendant's motion for summary judgment (Docket No. 119), and the United States' motion to dismiss (Docket No. 182).

　　　The Clerk shall close this file.

　　　**IT IS SO ORDERED.**

Dated: December 18, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE